RECEIVED
SEP 2 6 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet

07-695 C

Plaintiff(s) or Petitioner(s) Infrastructure Defense Technologies, LLC

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): C. Joel Van Over

Firm Name: Bingham McCutchen LLP

Post Office Box: ______

Street Address: 2020 K Street NW

City-State-Zip: Washington, DC 20006

Telephone & Facsimile Numbers: Tel. 202-373-6000/Fax 202-373-6001

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☒ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 4 0

Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: ☐ ☐ 0

See attached sheet for three-digit codes.

Amount Claimed: $ 0.00

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No

If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ 327,000,000.00
Is plaintiff a small business? ☒ Yes ☐ No

Vaccine Case: No
Date of Vaccination: ______

Related Cases:
Is this case directly related to any pending or previous case? ☒ Yes ☐ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.