# In the United States Court of Federal Claims

(Filed September 28, 2007)

| | |
|---|---|
| INFRASTRUCTURE DEFENSE TECHNOLOGIES, LLC., Plaintiff, v. THE UNITED STATES, Defendant, and HESCO BASTION, LTD., Defendant-Intervenor. | No. 07-582 C (Consolidated Lead Case) |
| INFRASTRUCTURE DEFENSE TECHNOLOGIES, LLC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 07-695 C (Consolidated Member Case) |

## MEMORANDUM OF STATUS CONFERENCE AND ORDER

A telephonic status conference was held at 6:15 p.m. on September 26, 2007, in these bid protests. Participating with the undersigned were C. Joël Van Over and Randall Levine, counsel for plaintiff; David Harrington and A. Bondurant Eley, representing defendant, and Douglas Proxmire representing Hesco Bastion, Ltd., intervenor in Case No. 07-582C.

Plaintiff filed a Complaint for Declaratory, Preliminary and Permanent Injunctive Relief, Case No. 07-695C on September 26, 2007, together with a Motion for Preliminary Injunction and a Notice of Directly Related Case and Motion for Consolidation. Pursuant to discussions at the status conference, the matters raised in Case No. 07-695C involve similar, if not identical questions of law and fact and consolidation will advance judicial economy. Good cause appearing, it is **ORDERED** that the Motion for Consolidation is **GRANTED.** RCFC 42(a).

From discussions of counsel, it was apparent that the administrative record in Case No. 07-695C (together with any supplementation by discovery as allowed by the court) must be reviewed by plaintiff's counsel before any hearing on the motion for preliminary injunction. Accordingly, the following goals are established. If a goal(s) is not met, a status conference will be initiated so that an appropriate schedule can be reached:

1. Plaintiff's counsel shall deliver to counsel for defendant, a written request for any supplementation of the administration record previously filed in Case No. 07-582C together with a listing of the expected contents of the administrative record in Case No. 07-695C **on or before October 1, 2007;**

2. The goal for filing the administrative record in No. 07-695C, and its delivery to plaintiff, **is on or before October 5, 2007;**

3. The Protective Order entered in Case No. 07-582 C on August 20, 2007, shall also apply to Case No. 07-695 C;

4. The goal for plaintiff's counsel to file any motion to supplement the record(s), or for discovery in either Case No. 07-582C or 07-695C, is **on or before October 10, 2007;**

5. The court will conduct a telephonic status conference on **October 11, 2007 at 6:15 p.m. or such other time on that date as the court shall determine**; and

6. Counsel are encouraged to cooperate in determining the actual orders placed for the products at issue, including inventory during relevant times, and the purchases actually contemplated during the 90-day initial period of the "bridge" contract, with a goal of reaching an agreement which would obviate the need for consideration of injunctive relief prior to the resolution of the merits of this controversy.

s/ James F. Merow
James F. Merow
Senior Judge