**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| INFRASTRUCTURE DEFENSE TECHNOLOGIES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-695 |
| v. | ) | (Senior Judge Merow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE**
**TO FILE THE ADMINISTRATIVE RECORD ON CD AND TO WAIVE PAPER COPY**

Defendant, the United States, respectfully requests leave to file the administrative record utilizing a CD-Rom. This case is designated an electronic filing case pursuant to the Court's CM/ECF system. The administrative record in this case will exceed the 2MB size limitation applicable to electronic files and the 50 page limitation applicable to printed documents provided in RCFC General Order 42A I. ¶¶ 4, 5. Plaintiff's counsel has indicated that she does not oppose this motion.

The administrative record is a voluminous set of documents and can most efficiently be delivered to the Court and the plaintiff on a CD-Rom. This method will provide efficient and easy access to the record because we can submit the record in searchable format. Furthermore, pursuant to General Order 42A I. ¶ 7, the sealed administrative record may not be filed electronically unless authorized by the Court. Filing by another media provides the most efficient method for submission of the sealed version of the record.

Based upon the portability and ease of manipulation of the documents on a CD-Rom, we also respectfully request that the Court waive the requirement in paragraph 5 of General Order 42A that an additional paper copy be supplied to the Court.

For these reasons, defendant respectfully requests that this motion for leave to file on CD-Rom and to waive the additional paper copy be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/A. Bondurant Eley
A. BONDURANT ELEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-8254
Facsimile: (202) 514-8624

October 9, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 9th day of October, 2007, a copy of "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE THE ADMINISTRATIVE RECORD ON CD AND TO WAIVE PAPER COPY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley