# In the United States Court of Federal Claims

(Filed October 9, 2007)

| | | |
|---|---|---|
| INFRASTRUCTURE DEFENSE TECHNOLOGIES, LLC., Plaintiff, v. THE UNITED STATES, Defendant, and HESCO BASTION, LTD., Defendant-Intervenor. | ) | No. 07-582 C (Consolidated Lead Case) |
| INFRASTRUCTURE DEFENSE TECHNOLOGIES, LLC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 07-695 C (Consolidated Member Case) |

**ORDER**

On October 9, 2007, Defendant's Unopposed Motion for Leave to File the Administrative Record on CD and to Waive Paper Copy was filed in case No. 07-695 C.

Accordingly, it is **ORDERED**:

(1) Defendant's Unopposed Motion, filed in case No. 07-695 C on October 9, 2007, for Leave to File the Administrative Record on CD and to Waive Paper Copy is **GRANTED**;

(2) Defendant shall submit an original plus two copies of the Administrative Record on CD-Rom for filing under seal together with a certificate of service; and

(3) Defendant shall also submit a courtesy paper copy of the Administrative Record directly to the chambers of the undersigned.

s/ James F. Merow
James F. Merow
Senior Judge