**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| INFRASTRUCTURE DEFENSE TECHNOLOGIES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-695 |
| v. | ) | (Senior Judge Merow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE OF ADMINISTRATIVE RECORDS

I hereby certify under penalty of perjury this 11th day of October, 2007 that on the 10th day of October 2007 a copy of the administrative record in Infrastructure Defense Technologies, LLC v. United States was served by Federal Express upon Joel Van Over, counsel for plaintiff, and upon Douglas Proxmire, counsel for intervenor, at the following addresses:

Joel Van Over, Esq.
Bingham McCutcheon, LLP
2020 K Street, NW
Washington, DC 20006

Douglas Proxmire, Esq.
Patton Boggs LP
2550 M Street, NW
Washington, DC 20037

Dated: October 11, 2007

s/A. Bondurant Eley
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: 202.616.8254
Fax: 202.514.8624
Bondurant.Eley@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2007, a copy of the foregoing "CERTIFICATE OF SERVICE OF ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/A. Bondurant Eley