**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | |
|---|---|
| INFRASTRUCTURE DEFENSE TECHNOLOGIES, L.L.C., Plaintiff, v. UNITED STATES, Defendant, and HESCO BASTION, LTD., Defendant-Intervenor | No. 07-582C (Consolidated Lead Case) Senior Judge James F. Merow |
| INFRASTRUCTURE DEFENSE TECHNOLOGIES, L.L.C., Plaintiff, v. UNITED STATES, Defendant | **Protected Materials To Be Disclosed Only In Accordance With U.S. Court of Federal Claims Protective Order** No. 07-695C (Consolidated Member Case) |

**NOTICE OF FILING SUPPLEMENTAL ADMINISTRATIVE RECORD**

Pursuant to paragraph 21 of Appendix C of the Rules of the Court of Federal Claims, defendant, the United States, respectfully files the supplemental administrative record in these actions. The record has been filed under seal and has been submitted on CD-ROM.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/A. Bondurant Eley
A. BONDURANT ELEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-8254
Facsimile: (202) 514-8624

October 29, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 29th day of October, 2007, a copy of “DEFENDANT'S NOTICE OF FILING THE ADMINISTRATIVE RECORD” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley