**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| INFRASTRUCTURE DEFENSE TECHNOLOGIES, L.L.C., Plaintiff, v. UNITED STATES, Defendant, and HESCO BASTION, LTD., Defendant-Intervenor | ) | No. 07-582C (Consolidated Lead Case) Senior Judge James F. Merow |
| INFRASTRUCTURE DEFENSE TECHNOLOGIES, L.L.C., Plaintiff, v. UNITED STATES, Defendant | ) | **Protected Materials To Be Disclosed Only In Accordance With U.S. Court of Federal Claims Protective Order** No. 07-695C (Consolidated Member Case) |

**CERTIFICATE OF SERVICE OF ADMINISTRATIVE RECORDS**

I hereby certify under penalty of perjury that on this 29th day of October, 2007a copy of the supplemental administrative record in Infrastructure Defense Technologies, LLC v. United States was served by Federal Express upon Joel Van Over, counsel for plaintiff, and upon Douglas Proxmire, counsel for intervenor, at the following addresses:

Joel Van Over, Esq.
Bingham McCutcheon, LLP
2020 K Street, NW
Washington, DC 20006

Douglas Proxmire, Esq.
Patton Boggs LP

2550 M Street, NW
Washington, DC 20037

Dated: October 29, 2007

s/A. Bondurant Eley
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: 202.616.8254
Fax: 202.514.8624
Bondurant.Eley@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October, 2007, a copy of the foregoing "CERTIFICATE OF SERVICE OF ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/A. Bondurant Eley