**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on November 23, 2007)
**BID PROTEST**

| | |
|---|---|
| **INFRASTRUCTURE DEFENSE TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant,<br><br>and<br><br>**HESCO BASTION, LTD.,**<br><br>Defendant-Intervenor. | No. 07-582C<br>(Consolidated Lead Case)<br><br>Senior Judge James F. Merow |
| **INFRASTRUCTURE DEFENSE TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 07-695C<br>(Consolidated Member Case) |

**NOTICE OF CHANGE OF ADDRESS**

In accordance with RCFC 83.1(c)(3), the undersigned counsel for Plaintiff Infrastructure Defense Technologies, LLC, hereby provides notice that, as a result of a change in law firms that became effective on November 21, 2007, her contact information has changed. The new contact information is set forth below.

C. Joël Van Over
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7604
(703) 770-7686 (protected facsimile)
c.joel.vanover@pillsburylaw.com

Dated: November 23, 2007

Respectfully submitted,

s/ C. Joël Van Over by s/ Jack Y. Chu
C. Joël Van Over
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7604
(703) 770-7686 (protected facsimile)

Attorneys for Plaintiff
Infrastructure Defense Technologies, LLC