# In the United States Court of Federal Claims

(Filed February 14, 2008)

| | | |
|---|---|---|
| INFRASTRUCTURE DEFENSE TECHNOLOGIES, LLC, Plaintiff, v. THE UNITED STATES, Defendant, and HESCO BASTION, LTD, Defendant-Intervenor. | ) | No. 07-582 C (Consolidated Lead Case) |
| INFRASTRUCTURE DEFENSE TECHNOLOGIES, LLC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 07-695 C (Consolidated Member Case) |

**ORDER**

On 6:26 p.m., February 14, 2008, the court received plaintiff's electronically filed submissions supporting an Application for a Temporary Restraining Order which had been received at 5:21 p.m. The Application addresses the Defense Logistics Agency's ("DLA") intention to notify Hesco Bastion on February 15, 2008, that it intends to extend the current bridge contract for a second 90-day option period. The application seeks an order restraining this DLA action.

It is **ORDERED**:

(1) A telephone conference call with counsel for all parties in this matter is scheduled to commence at 3:00 p.m. on February 15, 2008, to consider the plaintiff's filing and proceedings with respect thereto.

(2) Counsel shall promptly inform Ms. Eddins (202-357-6613 or Merow_Chambers@ao.uscourts.gov) as to their availability for this conference and the specific telephone number to be used to obtain their participation.

s/ James F. Merow
James F. Merow
Senior Judge